and the sum of $20 for printing that part of points relating to the dismissed appeal. These items are properly allocable to the order which denied the motion to vacate the award on the ground of misconduct, the appeal from which was dismissed, without costs. As so modified, the order is affirmed. Settle order on notice. Present — Peck, P. J., Cohn, Breitel, Botein and Bergan, JJ.

∎

FRANK KREITZBERG, Appellant, v. FACTORING & DISCOUNT CORPORATION et al., Respondents, et al., Defendants.— Order unanimously affirmed, with one bill of $20 costs and disbursements to the respondents. No opinion. Present — Peck, P. J., Cohn, Callahan, Bastow and Bergan, JJ.

∎

BURT S. HAFT, Respondent, v. LOUISE H. HAFT, Appellant.— Order unanimously modified so as to increase counsel fee to $2,000 and, as so modified, is otherwise affirmed. Settle order on notice. On this record a counsel fee of $2,000 is warranted. Present — Peck, P. J., Breitel, Botein and Bergan, JJ.

∎

BURT S. HAFT, Respondent, v. LOUISE H. HAFT, Appellant.— Order unanimously affirmed. No opinion. Present — Peck, P. J., Breitel, Botein and Bergan, JJ.

∎

BURT S. HAFT, Appellant, v. LOUISE H. HAFT, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Breitel, Botein and Bergan, JJ.

∎

JOSEPH DEMASE, Appellant, v. VINCENT WHITE et al., Respondents.— Orders unanimously affirmed, without costs, with leave to renew the application at Trial Term. No opinion. Present — Peck, P. J., Cohn, Breitel, Botein and Bergan, JJ.

∎

REBECCA AMINOFF, Respondent, v. RALPH AMINOFF, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Cohn, Breitel, Botein and Bergan, JJ.

∎

ANNA POGOSTIN, Appellant, v. REEVES-ELY LABORATORIES, INC., Respondent, et al., Defendants.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Cohn, Breitel, Botein and Bergan, JJ.

∎

In the Matter of ERNEST K. HALBACH, Appellant, against GENERAL DYESTUFF CORPORATION, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Callahan, Breitel, Bastow and Bergan, JJ. [See ante, p. 782.]

∎

In the Matter of the Estate of EDWARD J. BARBER, Deceased. ETHEL A. BARBER, Appellant; HERMAN GOLDMAN et al., as Executors of EDWARD J. BARBER, Deceased, Respondents.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs, and stay vacated. Present — Peck, P. J., Callahan, Breitel, Bastow and Bergan, JJ. [See ante, p. 785.]